1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 ALI MAHMOODI, *et al.*,                    Case No.: 3:24-cv-02426 LJC

13                    Plaintiffs,

14       v.                                    **STIPULATION TO STAY PROCEEDINGS;
                                               ORDER**
15 ANTONY J. BLINKEN, Secretary of State,
   U.S. Department of State, *et al.*,
16
                     Defendants.
17

18

19       The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20 proceedings in this case for a limited time, until August 30, 2024. The parties make this joint request

21 because they are pursuing an administrative resolution that may render further litigation of this case

22 unnecessary.

23       Plaintiffs filed this mandamus action seeking adjudication of their immigrant visa applications.

24 On May 17, 2024, the Consular Section in Yerevan requested additional documents from Plaintiffs to

25 further process their applications. Accordingly, the parties stipulate and request that the proceedings in

26 this case be stayed until August 30, 2024, at which time the parties will file a joint status report with the

27 Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal

28 of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of

1  proceedings in this case will benefit the parties and conserve the Court's resources while the parties

2  pursue a potential administrative resolution.

3  Dated: June 14, 2024                  Respectfully submitted,[1]

4                                               ISMAIL J. RAMSEY
                                                United States Attorney

5

6                                               */s/ Elizabeth D. Kurlan*
                                                ELIZABETH D. KURLAN

7                                               Assistant United States Attorney
                                                Attorneys for Defendants

8

9  Dated:  June 14, 2024

10                                              */s/ Shawn S. Sedaghat*
                                                SHAWN S. SEDAGHAT
                                                Attorney for Plaintiffs

11

12                                           **ORDER**

13                    Pursuant to stipulation, IT IS SO ORDERED.

14

15 Date: June 27, 2024

16                                              LISA J. CISNEROS
                                                United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.